UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CAREY LOUIS HOOD (#299810)

VERSUS

DOROTHY PAGE, ET AL

CIVIL ACTION

NO. 12-287-FJP-SCR

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report[1] to which no objection was filed:

The Court finds that the defendants' motion for partial summary judgment[2] is hereby granted in part and denied in part, dismissing all of plaintiff's claims against Warden Burl Cain and Lt. Dorothy Page except for plaintiff's retaliation claim against Lt. Dorothy Page.

IT IS SO ORDERED.

Baton Rouge, Louisiana, this 19th day of February, 2013.

UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1]Rec. Doc. No. 33.

[2]Rec. Doc. No. 15. (Opposition, Rec. Doc. No. 23).

Doc#48067