UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CAREY LOUIS HOOD (#299810)

VERSUS                                              CIVIL ACTION

DOROTHY PAGE, ET AL                                 NUMBER 12-287-JJB-SCR

### RULING ON MOTION TO COMPEL DISCOVERY

Before the court is the plaintiff's Motion to Compel. Record document number 57. The motion is opposed.[1]

Plaintiff propounded Request for Admissions Under Rule 36 on March 20, 2013.[2] On April 19, 2013, the defendant filed responses to the admissions.[3] On April 19, 2013, the plaintiff filed this motion.

Accordingly, the plaintiff's Motion to Compel is denied as moot.

Baton Rouge, Louisiana, June 3, 2013.

STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE

---

[1] Record document number 58. Plaintiff filed a reply. Record document number 59.

[2] Record document number 48. They were filed on March 22, 2013.

[3] Record document number 55. Defendant appears to have filed duplicate responses. Record document number 56.